IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STATE OF FLORIDA, *ex rel* FREDA
COBB and LYNN PADGETT,

    Plaintiff,

vs.                              CASE NO. 5:10cv118/RS-MD

UNITED STATES DEPARTMENT OF
JUSTICE; FEDERAL BUREAU OF
PRISONS, and UNICOR,

    Defendants.
_____/

## ORDER

The relief requested by Defendants' Motion For Extension Of Time (Doc. 6) is **granted**.

**ORDERED** on June 7, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**